IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02355-REB-MEH

RICHARD D. SPENCER,

    Plaintiff,

v.

CAPITAL SAFETY USA, d/b/a DBI-Sala Protecta, and
DB INDUSTRIES, LLC,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 5, 2016.**

    Defendants' Unopposed Motion for Protective Order [<u>filed February 4, 2016; docket #30</u>] is **granted** as follows.  The Court has removed the parties' proposed language in paragraph 15 indicating the Court would retain jurisdiction over enforcement of the Protective Order following termination of the litigation.  As modified, the parties' proposed Protective Order is accepted and filed contemporaneously.